# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HARRY NEWMAN, Administrator
Pendente Lite of the Estate of LAUREN
B. ANGSTADT, Deceased; THOMAS A.
WALLITSCH, Administrator Pendente
Lite of the Estate of PETER JOHN
KAROLY, Deceased; and PATRICIA and
JOHN MILOT, Co-Administrators of the
Estate of MICHAEL J. MILOT, Deceased;

                Plaintiffs,

-vs-                                Case No. 6:09-cv-193-Orl-28DAB

SOCATA SAS, SOCATA NORTH
AMERICA, INC., SIMCOM
INTERNATIONAL, INC., and PRATT &
WHITNEY CANADA CORP.,

                Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO THE CLAIMS BETWEEN PLAINTIFF HARRY NEWMAN
## AND DEFENDANTS ONLY

Upon consideration of Plaintiff Harry Newman's Unopposed Motion for Voluntary Dismissal with Prejudice (Doc. No. 169), and pursuant to Fed. R. Civ. P. 41(a), it is hereby **ORDERED** that this case is dismissed with prejudice as to the claims between Plaintiff Harry Newman and Defendants only, with Plaintiff Harry Newman and Defendants to bear his and their own fees and costs as to those claims.

DONE and ORDERED in Chambers, Orlando, Florida this ___17___ day of July, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party